LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton       #090907
701 Pollasky Avenue
Clovis, CA  93612
(559) 297-6190
(559) 297-6194 (facsimile)
kbarker@arrival.net

Counsel for Plaintiffs DELANO FARMS COMPANY, GERAWAN FARMING, INC.,
and FOUR STAR FRUIT, INC.

PETER D. KEISLER
Assistant Attorney General
JAMES J. GILLIGAN
Assistant Branch Director
MCGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant United States Attorney
DANIEL RIESS
Trial Attorney
(202) 353-309
(202) 616-8460 (facsimile)
United States Department of Justice
20 Massachusetts Avenue, NW
Room 6122
Washington, DC 20001

Counsel for UNITED STATES DEPARTMENT OF AGRICULTURE

WILMER CUTLER PICKERING HALE AND DORR LLP
Seth P. Waxman
Randolph D. Moss
Brian M. Boynton                  #222193
2445 M Street, N.W.
Washington, DC  20037-1420
(202) 663-6000
(202) 663-6363 (facsimile)
seth.waxman@wilmerhale.com
randolph.moss@wilmerhale.com
brian.boynton@wilmerhale.com

Counsel for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DELANO FARMS COMPANY,                     )
a Washington corporation;                 )
GERAWAN FARMING, INC.,                     )     Case No. 1:05-cv-00198-AWI-SMS
a California corporation; and              )
FOUR STAR FRUIT, INC.,                     )     STIPULATION TO RESCHEDULE
a California corporation,                  )     HEARING ON MOTION TO DISMISS
                                           )     AND PROPOSED ORDER
                    Plaintiffs,            )
                                           )
          v.                               )
                                           )
THE UNITED STATES DEPARTMENT               )
OF AGRICULTURE, and THE                    )
CALIFORNIA TABLE GRAPE                      )
COMMISSION,                                )
                                           )
                    Defendants.            )
_____)

WHEREAS counsel for Plaintiffs Delano Farms Company, Gerawan Farming, Inc., and

Four Star Fruit, Inc. has asked counsel for Defendants The California Table Grape Commission

and the United States Department of Agriculture to consent to the rescheduling of the hearing on

Defendants' Motions To Dismiss, currently scheduled for June 13, 2005, in order to extend the

deadline for the filing of Plaintiffs' Opposition to the Motions To Dismiss; and

WHEREAS counsel for Defendants have consented to rescheduling the hearing for June

27, 2005,

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants that the hearing

on Defendants' Motions To Dismiss be rescheduled for June 27, 2005, at 1:30 p.m.

Dated:  May 27, 2005                        LAW OFFICES OF BRIAN C. LEIGHTON

                                            /S/ Brian C. Leighton

                                            _____
                                            Brian C. Leighton

2

1

Counsel for Plaintiffs DELANO FARMS
COMPANY, GERAWAN FARMING, INC.,
and FOUR STAR FRUIT, INC.

2

3

4

5  Dated:  May 27, 2005                    /S/ Daniel Riess (as authorized on 5-26-05)

6                                          _____
                                           DANIEL RIESS

7
                                           Counsel for Defendant THE UNITED
8                                          STATES DEPARTMENT OF
                                           AGRICULTURE

9

10 Dated:  May 27, 2005                    WILMER CUTLER PICKERING HALE
                                           AND DORR LLP

11
                                           /S/ Brian M. Boynton (as authorized on 5-26-
12 05)

                                           _____
13                                         Brian M. Boynton

14                                         Counsel for Defendant THE CALIFORNIA
                                           TABLE GRAPE COMMISSION

15

16

17                                 **ORDER**

18
   IT IS SO ORDERED.
19
   **Dated:    May 27, 2005**            _____/s/ Anthony W. Ishii_____
20 0m8i78                                UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28                                3