1 | BRIAN C. LEIGHTON, CA BAR # 090907
Attorney at Law
2 | 701 Pollasky Avenue
Clovis, California  93612
3 | Telephone (559) 297-6190
Facsimile (559) 297-6194
4 | E-mail: kbarker@arrival.net

5 | Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| DELANO FARMS COMPANY, a Washington corporation, GERAWAN FARMING, INC., a California corporation, and FOUR STAR FRUIT, INC., a California corporation, | CASE NO.  1:05-cv-00198-AWI-SMS |
| Plaintiffs, | **PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE (Rule 41(a)(1), Fed. R. Civ. Proc.) AND ORDER THEREON** |
| v. | |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, and THE CALIFORNIA TABLE GRAPE COMMISSION, | |
| Defendants. | |

Based upon the fact that the Plaintiffs will re-file the case in the Fresno County Superior Court against the California Table Grape Commission alone, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this complaint **WITHOUT PREJUDICE**, since there has been no answer to the complaint nor any motion for summary judgment filed.

DATED:     June 3, 2005

　　　　　　　　　　　　　　　　　　　　　　／S/ BRIAN C. LEIGHTON　　　
　　　　　　　　　　　　　　　　　　　　BRIAN C. LEIGHTON, legal counsel
　　　　　　　　　　　　　　　　　　　　for Plaintiffs

# ORDER

Based upon Plaintiffs voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and given that there has been no answer to the complaint, nor any motion for summary judgment filed, it is hereby ORDERED that the complaint in the above-entitled action is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

**Dated:  June 9, 2005**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE